IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISCTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN A. WATTS, ANDREW J. MARKS &
KEVIN W. CRONIN,

      Plaintiffs,

V

Michael Day, George Corsiglia, Michael Buck
And Harry Beach,

      Defendants.

Case No. 1:07-cv-1269
Hon.:  Paul L. Maloney

_____/

| | |
|---|---|
| Kim A. Higgs (P25376)<br>Attorney for Plaintiffs<br>1001 Center Ave<br>Bay City, MI  48708<br>Phone: (989) 892-0114 | Mark E. Donnelly (P39281)<br>Attorney for Defendants Day, Corsiglia, Buck and Beach<br>Michigan Department of Attorney General<br>Public Employment, Elections & Tort Division<br>P.O. Box 30736<br>Lansing, MI 48909<br>(517) 373-6434 |

_____/

## STIPULATION AND ORDER OF DISMISSAL

**NOW COME** the Parties through their respective attorneys and hereby Stipulate and Agree that all claims against all parties stated in Plaintiff's Complaint, as amended, be dismissed with prejudice and without costs, interest or attorney fees to any party.

/s/  Kim A. Higgs_____
Kim A. Higgs (P25376)
Attorney for Plaintiffs

Dated:  03/27/08_____

/s/  Mark E. Donnelly_____
Mark E. Donnelly (P39281)
Attorney for Defendant

Dated:  03/26/08_____

# **ORDER**

At a session of said Court held in the City of Kalamazoo , State of Michigan, on  March 28 , 2008.

PRESENT: HON. PAUL L. MALONEY, District Judge

This matter having come before the Court on the above Stipulation of the Parties;

**IT IS ORDERED** that that all claims against all parties stated in Plaintiff's Complaint, as amended, are dismissed with prejudice and without costs, interest or attorney fees to any party.

/s/ Paul L. Maloney
Hon. Paul L. Maloney, US District Judge